# EXHIBIT A

disciplinary segregation will only be allowed to make attorney calls through arrangement with the segregation counselor who verifies that the attorney is willing and available to take the call.

**Inmate Telephone System Procedures**

To place a call:
1. Lift receiver,
2. Listen to message and follow instructions
   a. (In English) **"Press 1 for English,"**
   b. (In Spanish) **"Press 2 for Spanish."**
   c. Options continue for additional languages
3. Enter Area Code and Number
4. Specify type of Call
   a. **Press 1** - for a Collect Call
   b. **Press 2** - for Person to Person Call
   c. **Press 3** - for a prepaid call (Debit)
5. Enter your personal identification number (PIN),
6. The number will be checked against your PIN list

**IF YOU PRESS THE DIAL OR SWITCH DURING THE CALL, YOU WILL BE DISCONNECTED.**

**IF YOUR CALLED PARTY USES THEIR 3-WAY CALLING OR CALL WAITING FEATURES, YOU WILL BE DISCONNECTED AND MAY BE SUBJECT TO LOSS OF TELEPHONE PRIVILEGES AS WELL AS FORMAL DISCIPLINARY ACTION.**

Calls are limited to the numbers on the Inmate Telephone System Number Request Form.

Changes to your list may be made every three (3) months at a time to be determined by the Deputy Warden for Programs. See the lieutenant responsible for inmate telephones regarding changes in attorney numbers.

**Warning**

All inmates' telephone conversations, except those between inmates and pre-approved attorneys, are subject to monitoring and/or recording.

---

**LIBRARY RULES**

The Library contains legal and recreational reading material as well as a copy machine. Data not readily available may be ordered through the Librarian on duty.

Access to the Law Library is granted as number limits allow. Inmates who enter the library or the education area will have a legitimate purpose for being there and will remain in that area until the next 10-minute movement.

No walkman radios are allowed

At no time will an inmate remove Law Library books from the Law Library.

Copy machine usage is limited to inmate Law Library clerks for legal work only, and under the supervision of the library officer.

The library officer will assign typewriter use.

Inmates are permitted to work on cases belonging to other inmates only within the law library. Inmates may not have legal work belonging to other inmates on their person outside of the law library or in their cells. Inmates seeking legal help from other inmates are responsible for bringing their legal work to the law library and for picking up their legal work at the end of the day. Any legal work that is not picked up at the end of the day may be considered contraband.

**HAIR CUT RULES**

You can request a hair cut by filling out an inmate request form, you will be added to the list for a hair cut and notified when to report to the barber.

No Cutting of hair or braiding of hair is allowed in the Housing Areas to include the Flats and/or indoor Recreational areas.

**MAIL PROCEDURES**

Incoming mail may be opened and inspected for purpose of detecting contraband. Incoming mail from courts, judges, or attorneys of record may be opened for inspection (if properly marked) in the presence of the inmate addressee. To facilitate security and control and minimize the introduction of weapons, drugs, and other contraband into Maximum Security, you will not

Inmate Id: 0124184    Inmate Name: ERIC G NEUFVILLE    Sec: MAX

Incarceration No: 0336336                             Area/Cell: AQUID A1-20

Job Code: XBP6    SRG Level:    Enemy Level: Not Housed in same bldg

**Discipline No: 000381431**

Infraction Date/Time: 1/03/2019 13:00:00    Infraction Sec: MAX

Charging Staff Member:   Duffy

Place Of Infraction: MAX                    Place Of Booking: Mail

ORIGINAL- Infraction Code: 312    Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
  Disobeying a Lawful Order Not Pertaining to Custody or Control Enforcement (e.g., refusing to work)

Filed Date/Time: 1/04/2019 12:11:56    Inmate Demeanor: UNKNOWN

**Infraction Narrative:**
  A return to sender (undeliverable) piece of mail was received at this facility. The mail was opened per policy, and contained legal papers with a typed letter from Neufville. In the letter, Neufville states he did this on behalf of other inmates at Maximum Security. This behavior is prohibited by policy 13.03-4 DOC, Access to the Courts and Legal Materials, III,E,3. (page 7,8). This prohibition is intended to prevent the exchange of services for cash, favors, or goods and discourages possession
of contraband in the form
  of another inmate?s legal materials.

Witnesses: NONE

S.O. REVIEW:            READ BY:    Larangeira

Inform Date: 01/04/2019 16:00:00    Hearing Date: 01/08/2019 09:00:00

Demeanor: CONCERNED              Inmate Plea: GUILTY W/EXPLANATION

Status AWT Hear: NORMAL          Waive 24 Notice: NO

Req Rep Present: NO              Req Witness: NO

Witnesses: NONE

  **Inmate's Statement:**
   Inmate states he did not receive anything in return for the letter. He states he wrote it on behalf of the inmates that have a common sentencing issue. Inmate states that he sent the same letter, dated Oct 17, 2018, to "Black and Pink" which was also returned to sender but did not receive any discipline. Inmate is concerned to why he is being disciplined now.

  **Superior's Comments:**
   valid booking based on policy 13.03-4, which states "Inmate law clerks shall not perform actual research and preparation of
casework for other inmates."

**Inmate Id:** 0124184    **Inmate Name:** ERIC G NEUFVILLE              **Sec:** MAX

Incarceration No: 0336336                              Area/Cell: AQUID A1-20

Job Code: XBP6       SRG Level:           Enemy Level: Not Housed in same bldg

**Discipline No: 000381431**

**HEARING:**

   Hearing Date:  1/08/2019 09:26:14      Offender's Plea: NOT GUILTY

   Rep Counselor:  Specht

   Req Witness: NO                 Waive 24 Notice: NO

**Offender Statement:**
STATES THIS POLICY PERTAINS TO A LAW CLERK AND HE IS NOT A LAW CLERK. STATES THIS IS A
VIOLATION OF HIS 1ST AMEND. RIGHTS. STATES THIS IS A CONFLICT OF INTEREST DUE TO THE CAPT.
BOOKING HIM AND THE HEARING OFFICER IS A LT.

**Witness(s) Statement:**
NONE

**Officer's Statement:**
GUILTY BASED ON CAPT'S REPORT AND EVIDENCE OBTAINED.

**Finding:** GUILTY                    Class. Review: NO        Req Ward Review: YES

Infraction Code: 312      Infraction CAT: DISOBEDIENCE

Infractions Severity: MODERATE

Infractions Description:
 Disobeying a Lawful Order Not Pertaining to Custody or Control Enforcement (e.g., refusing
 to work)

Hearing Off. Sig: B  Oden

  **SANCTIONS:**
       LOSS OF PRIVILEGES                            010
       LOSS OF GOOD TIME                             010

**INMATE APPEAL PROCESS:**
    You have five (5) working days of the disciplinary hearing to file
    your appeal in writing to the Warden/Deputy Warden (Monday-Friday,
    excluding Holidays, Saturdays and Sundays).

# EXHIBIT B

C. Access and Hours – Satellite Law Libraries

Law library hours are posted in all housing units. Scheduling is determined by Wardens or designees for individual facilities. Inmates needing additional time in the law library make such requests in writing to the Warden or designee.

D. Law Library Service (Administrative and/or Disciplinary Confinement)

1. Inmates housed in administrative and/or disciplinary confinement are not permitted physical access to the law library; however, legal material is available on book carts which are located in every administrative and/or disciplinary confinement mod. Use of the cart is by request only. A request is forwarded to the facility administrative and/or disciplinary confinement officer, consistent with the rules and procedures of individual facilities.

2. Also available to inmates housed in administrative and/or disciplinary confinement is direct "in person" access to an inmate law clerk. Administrative and/or disciplinary confinement inmates desiring assistance from an inmate law clerk sign up for an appointment on an appointment sheet/request for interview form provided by the administrative and/or disciplinary confinement officer. The request is forwarded to the inmate law clerk within two (2) days. An inmate law clerk is permitted to enter the administrative and/or disciplinary confinement area and assist the administrative and/or disciplinary confinement inmate.

E. Inmate Law Clerks

1. The Warden or designee of each facility ensures at least two (2) trained inmate law clerks are hired. The Warden or designee also maintains a "pool" of trained inmate law clerks to provide coverage.

2. Minimum education and skills: high school diploma or GED; ability to type.

   NOTE: Whenever possible, one should be bilingual in English and Spanish.

3. Inmate law clerks shall not perform actual research and preparation of casework for other inmates. This prohibition is intended to prevent the exchange of services for cash, favors, or goods and discourages possession of contraband in the form of another inmate's legal materials.

4. The duties and responsibilities of the satellite law libraries' inmate clerks include, but are not necessarily limited to:

a. Maintaining the inventory of material available in the facility, including administrative and/or disciplinary confinement cart inventories.

b. Maintaining RIDOC policies provided by the Central Law Library and providing appropriate access to them.

c. Maintaining sample form books, filing instructions and court addresses, provided by the Central Law Library.

d. Assisting inmates in the process of legal research (i.e., how to use resources in the law library, where to find court procedures and rules, etc.), including inmates in administrative and/or disciplinary confinement.

e. Photocopying legal material for inmates, consistent with this policy's provisions.

f. Assisting inmates to request information from the Central Law Library (by using the Central Law Library inventory, book indices, information packs, proper citation forms, etc.), when needed material is not available in the facility law library.

g. Posting the procedure for requesting information from the Central Law Library.

h. Shelving new materials received from the Central Law Library and maintaining neatness and order of collection.

i. Discarding replaced, old pocket parts and supplements, including administrative and/or disciplinary confinement cart materials, under the Law Librarians' supervision.

5. At no time will any inmate law clerk suggest, advise or infer any action which is clearly illegal or contravenes the rules or policies of the RIDOC.

6. The inmate law clerk is under the supervision of the Law Library Officer and/or the Law Librarian. When not performing their primary duties, inmate law clerks perform routine tasks such as maintaining forms and RIDOC policy books, and performing light housekeeping duties as needed.

# EXHIBIT C

Oct.17,2018

Dear, Black and Pink

  My name is Eric neufville and I am sending you a copy of a memorandum that I wrote and put together on behalf of the prisonners' here at the Maximum Security Facility where I am currently being housed. Although I am not a party to this matter I felt it was a important issue that needed to be addressed, and brought to light. 51 minorities got together & challenged the constitutionality of the state § 11-47-3.2 we believe is unconstitutional, and target minorities for extensive mandatory sentences among other issues (pls see) memorandum. The group that challenged the statute is just a small fraction of the minorities in the state serving harsh & very long prison & probation sentences. We write ask that you please get involved on our behalf & help us strike down this unconstitutional statute effecting the economically deprived minority communities in our state. We have filed said memorandum in the R.I. Supreme Court on Oct. 12th, 2018. We thank you in advace for your time, & help bringing awareness to this issue.

SINCERELY

Eric G. Neufville
P.O. Box 8273
Cranston R.I. 02920

# EXHIBIT D

## Criminal Docket Sheet Report

P2-2003-3234AG

**Case ID:** P2-2003-3234AG   **Description:** ERIC NEUFVILLE
**Filing Date:** 10-SEP-2003
**Original Case ID:** 62-2003-12488

**Defendant Name:** ERIC G. NEUFVILLE           **Police Dept:** PROVIDENCE POLICE DEPARTMENT
**BCI#:** 10083925   **Date of Birth:** 14-FEB-1983   **Incarcerated:**

**Address:** 37 MARIETTA ST.
 APT. 6
 PROVIDENCE   RI   02904

**PROSECUTOR:** JAMES R. BAUM
**COURT APPOINTED ATTORNEY:** JASON KNIGHT
**PROSECUTOR:** KATE C BRODY

### Charge Information

**Count:** 1   11-5-1 **ASSLT W/INT SPECIFIED FELONIES**
**Offense Date:** 10-FEB-2003

**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 20 Years
**Start:** 03-MAY-2004
**Judge:** JUDGE DIMITRI
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 42 Months
**Start:** 03-MAY-2004
**Judge:** JUDGE DIMITRI
**Text:**

**Sentence:** SUSPENDED
**Term:** 198 Months
**Start:** 03-MAY-2004
**Judge:** JUDGE DIMITRI
**Text:**

**Sentence:** PROBATION
**Term:** 198 Months
**Start:** 03-MAY-2004
**Judge:** JUDGE DIMITRI
**Text:**

**Sentence:** TOTAL ASSESSMENTS
**Term:** 0 Months
**Start:** 03-MAY-2004
**Judge:** JUDGE DIMITRI
**Text:** $2100.00

## Criminal Docket Sheet Report

P2-2003-3234AG

### Charge Information

**Count:** 2    11-1-6/F **CONSPIRACY/FELONY**
**Offense Date:** 10-FEB-2003

**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 3    11-47-3.2-A **USE FIREARM/VIOLENT CRIME**
**Offense Date:** 10-FEB-2003

**Charge Text:**
**Disposition:** DISMISSED 48A

**Count:** 4    11-5-2 **FELONY ASSAULT**
**Offense Date:** 10-FEB-2003

**Charge Text:**
**Disposition:**    PLEA OF NOLO CONTENDERE

| | |
|---|---|
| Sentence: | FULL SENTENCE |
| Term: | 20    Years |
| Start: | 03-MAY-2004 |
| Judge: | JUDGE  DIMITRI |
| Text: | |

| | |
|---|---|
| Sentence: | TERM TO SERVE |
| Term: | 42    Months |
| Start: | 03-MAY-2004 |
| Judge: | JUDGE  DIMITRI |
| Text: | |

| | |
|---|---|
| Sentence: | SUSPENDED |
| Term: | 198    Months |
| Start: | 03-MAY-2004 |
| Judge: | JUDGE  DIMITRI |
| Text: | |

| | |
|---|---|
| Sentence: | PROBATION |
| Term: | 198    Months |
| Start: | 03-MAY-2004 |
| Judge: | JUDGE  DIMITRI |
| Text: | |

| | |
|---|---|
| Sentence: | VIOLATION OF SUSP SENT |
| Term: | 0    Days |
| Start: | 25-AUG-2011 |
| Judge: | JUDGE  K.RODGERS |
| Text: | suspension of sentence removed |