ERIC NEUFVILLE
P.O. BOX 8273
CRANSTON, RI 02920

CERTIFIED MAIL

7014 0150 0001 0717 8783

U.S. POSTAGE >> PITNEY BOWES
ZIP 02920 $ 008.35
02 4W
0000368061 JAN 02. 2020

UNITED STATES DISTRICT COURT CLERK
DISTRICT OF RHODE ISLAND
ONE EXCHANGE TERRACE
PROVIDENCE RI 02903