## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ERIC G. NEUFVILLE, | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | **C.A. 1:20-cv-00005-WES-LDA** |
| | : | |
| PATRICIA COYNE-FAGUE; JEFFREY | : | |
| ACETO; WALTER DUFFY; BRUCE | : | |
| ODEN; CORY CLOUD;  and DAVID | : | |
| LARANGEIRA, in their individual | : | |
| and official capacities, | : | |
| *Defendants.* | : | |

## ENTRY OF APPEARANCE

I, Sean Lyness, Special Assistant Attorney General, hereby enter my appearance on behalf of Defendants, RIDOC Director Patricia Coyne-Fague, Warden Jeffrey Aceto, Captain Walter Duffy, Lieutenant Bruce Oden, Deputy Warden Cory Cloud, and Lieutenant David Larangeira in their individual and official capacities, in the above-captioned matter.

Respectfully submitted,

DEFENDANTS,

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Sean Lyness*
Sean Lyness, Bar No. 9481
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Extension 2481
Fax: (401) 222-3016
SLyness@riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document via the ECF filing system on this 9th day of April 2020, that a copy is available for viewing and downloading, and that a copy has been sent via USPS to:

Eric G. Neufville, 124184
Adult Correctional Institution
P.O. Box 8273
Cranston, Rhode Island 02920

*/s/ Dylan R. Gaddes*