UNITED STATES DISTRICT COURT OF RHODE ISLAND

ERIC G. NEUFVILLE
PLAINTIFF,

v.

PATRICIA COYNE-FAGUE ET AL.
DEFENDANTS,

C.A. 1:20-CV-00005-WES-LDA

RECEIVED
AUG 4 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

## MOTION FOR THE APPOINTMENT OF COUNSEL

PLAINTIFF, ERIC G. NEUFVILLE, PURSUANT TO § 1915, REQUESTS THIS HONORABLE COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THIS CASE FOR THE FOLLOWING REASONS.

1) THE PLAINTIFF IS UNABLE TO AFFORD COUNSEL.

2) THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX.

3) THE PLAINTIFF, AS AN INMATE IN R.I. DOC, DURING THE GLOBAL PENDEMIC, THE PRISON LAW LIB. IS CLOSED, AND PLAINTIFF HAS EXTREMELY LIMITED ACCESS TO THE LAW LIB.

4) PLAINTIFF, IS HANDICAP, DUE TO A SEVERE INJURY THAT HAS LEFT PLAINTIFF'S, RIGHT INDEX FINGER DAMAGED, AND UNABLE TO PERFORM THE TASK OF WRITING OUT MOTIONS, MEMORANDUMS AND BRIEFS. (SEE EXHIBIT (A) MEDICAL RECORDS OF PLAINTIFF'S INJURY)

5) PLAINTIFF, HAS REACHED OUT TO THE A.C.L.U. AND OTHER LAW FIRMS ASKING THEM TO HANDLE HIS CASE BUT HE HAS NOT HEARD FROM THEM, THE A.C.L.U. RESPECTFULLY DECLINED TO HELP CITING LACK OF RESOURCES.

6) THE PLAINTIFF HAS LIMITED KNOWLEDGE OF THE LAW.

WHEREFORE, PLAINTIFF PRAYS THIS HONORABLE COURT GRANTS HIS MOTION AND APPOINT COUNSEL, TO REPRESENT PLAINTIFF.

RESPECTFULLY SUBMITTED

ERIC NEUFVILLE
P.O. BOX 8273
CRANSTON, RI 02920

CERTIFICATION OF SERVICE

I ERIC NEUFVILLE, MAILED A TRUE COPY OF SAID MOTION TO RHODE ISLAND ATTORNEY GENERALS OFFICE 150 SOUTH MAINE ST. PROVIDENCE R.I. 02903 ON THIS 07th DAY OF JULY 2020 VIA U.S.P.S.

*E. Neuf* (signature)